# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CHANNAH DESTA, CAMESHA MILLER, GREGORY MILLER** and
**THE DECLARATION OF THE BELOVED DIANNA CREWS PRIVATE
IRREVOCABLE TRUST AGREEMENT,**
Appellants,

v.

**BANK OF AMERICA, N.A.,**
Appellee.

No. 4D21-3614

[August 11, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE16008338.

Franz C. Jobson of Franz C. Jobson, P.A., Fort Lauderdale, for appellant Channah Desta.

Dariel Abrahamy of Greenspoon Marder LLP, Boca Raton, for appellee.

PER CURIAM.

GROSS, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*